## IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZOHAR III, CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>(Jointly Administered) |
| PATRIARCH STAKEHOLDERS,[2]<br><br>Appellants,<br><br>v.<br><br>ZOHAR III, CORP., *et al.*,<br><br>Appellees. | Case No. 22-mc-00119 (MN) |

### ORDER GRANTING APPELLANTS' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO THE APPELLATE RECORD

---

[1]  Debtors are Zohar CDO 2003-1, LLC, Zohar II 2005-1, LLC and Zohar III, LLC, Delaware limited liability companies; and Zohar CDO 2003-1, Ltd. (together with Zohar CDO 2003-1, LLC, "Zohar I"), Zohar II 2005-1, Ltd. (together with Zohar II 2005-1, LLC, "Zohar II") and Zohar III, Ltd. (together with Zohar III, LLC, "Zohar III"), Cayman Islands exempted companies. Zohar I, Zohar II and Zohar III are collectively referred to as the "Zohar Funds." The last four digits of the Debtors' taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 350 Fifth Avenue, c/o Goldin Associates, LLC, New York, NY 10118.

[2]  "Patriarch Stakeholders" has the meaning defined in the parties' Settlement Agreement, D.I. 266-1, as well as any other Lynn Tilton affiliates.

Upon the unopposed Motion[3] of the Appellants in the Appeal for entry of an order (the "Order") accepting the Sealed Documents into the appellate record and granting any other relief that the Court deems just and proper under the circumstances, and this Court having reviewed and determined that the Motion establishes good cause for the relief granted herein. IT IS HEREBY ORDERED this 25th day of March 2022 that:

1. The Motion is GRANTED as set forth herein.

2. Counsel is permitted and authorized to transmit to this Court those Sealed Documents as set forth in the unopposed motion which were received by the Bankruptcy Court under seal.

3. This Court will accept, under seal, the Sealed Documents, and the Sealed Documents shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

4. Counsel shall transmit the Sealed Documents to this Court via FTP, share file, or some other comparable method, and the credentials to access such shall be emailed to diana_welham@ded.uscourts.gov.

5. Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

*Maryellen Noreika* (signature)
The Honorable Maryellen Noreika
United States District Judge

---

[3] Capitalized terms not otherwise defined herein have the meaning used in the Motion.