IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZOHAR III, CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Bankruptcy Case No. 18-10512 (KBO)<br><br>(Jointly Administered) |
| PATRIARCH STAKEHOLDERS,[2]<br><br>Appellants,<br><br>v.<br><br>ZOHAR III, CORP., *et al.*,<br><br>Appellees. | Civil Action No. 22-mc-00119 (TLA) |

**JOINT SUBMISSION REGARDING
PROPOSED MERITS BRIEFING SCHEDULE**

Pursuant to this Court's Oral Order of June 30, 2022 [D.I. 10], the Patriarch Stakeholders ("**Appellants**") and Debtor Zohar III, Corp., and its affiliated debtors in possession in the above-captioned cases ("**Appellees**"), hereby jointly submit their proposed merits briefing schedule.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] "Patriarch Stakeholders" has the meaning defined in the parties' Settlement Agreement, D.I. 266-1, as well as any other Lynn Tilton affiliates.

Subject to the approval of the Court, the parties propose that the merits briefing in this appeal shall proceed as follows:

1. Appellants' opening brief shall be due on August 12, 2022;

2. Appellees' answering brief shall be due on September 16, 2022; and

3. Appellants' reply brief shall be due on September 30, 2022.

Dated:  July 6, 2022

| | |
|---|---|
| **COUSINS LAW LLC** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ Scott D. Cousins | /s/ Ryan M. Bartley |
| Scott D. Cousins (No. 3079)<br>Scott D. Jones (No. 6672)<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>Telephone: 302-824-7081<br>Facsimile: (302) 295-0331<br>scott.cousins@cousins-law.com | James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| – and – | *Counsel to the Debtors-Appellees* |
| **SHER TREMONTE LLP** | |
| Theresa Trzaskoma (*pro hac vice*)<br>Maya Brodziak (*pro hac vice*)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com | |
| *Counsel to Appellants* | |

-3-

IT IS SO ORDERED this ___ day of _____, 2022.

_____
Honorable Thomas L. Ambro